UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RICHARDSON,

    Plaintiff,

v.                                          Case No. 2:11-cv-14830
                                             Honorable Victoria A. Roberts
FEDERAL HOME LOAN MORTGAGE     Magistrate Judge Mona J. Majzoub
CORPORATION, CITIMORTGAGE, INC.,
AND ABN AMRO MORTGAGE GROUP,
INC.

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 7, 2012, Magistrate Judge Mona K. Majzoub submitted a Report and Recommendation (Doc. # 14) recommending that the Court **GRANT** Defendants' Motion to Dismiss. (Doc. # 3).

Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, and **GRANTS** Defendants' motion.

    **IT IS ORDERED**.

                                                    S/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated: August 28, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record William Richardson by electronic means or U.S. Mail on August 28, 2012.

S/Linda Vertriest
Deputy Clerk